**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.   Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Allstar Fire Equipment |
| Defendant 4 | Amerex Corporation |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | Arkema Inc. |
| Defendant 7 | Buckeye Fire Equipment Company |
| Defendant 8 | Carrier Global Corporation |
| Defendant 9 | CB Garment, Inc. (Crewboss) |
| Defendant 10 | ChemDesign Products Inc. |
| Defendant 11 | Chemguard Inc. |
| Defendant 12 | Chemicals Incorporated |
| Defendant 13 | Chemours Company FC, LLC |
| Defendant 14 | Chubb Fire Ltd. |
| Defendant 15 | Clariant Corporation |
| Defendant 16 | Corteva, Inc. |

| Defendant 17 | Daikin America, Inc. |
| Defendant 18 | Deepwater Chemicals Inc. |
| Defendant 19 | Dupont De Nemours, Inc. (f/k/a Dowdupont Inc.) |
| Defendant 20 | Dynax Corporation |
| Defendant 21 | E.I. Du Pont De Nemours and Company |
| Defendant 22 | Fire-Dex, LLC |
| Defendant 23 | Fire Service Plus, Inc. |
| Defendant 24 | Globe Manufacturing Company LLC |
| Defendant 25 | Honeywell Safety Products USA |
| Defendant 26 | Innotex Corp. |
| Defendant 27 | Johnson Controls, Inc. |
| Defendant 28 | Kidde Plc, Inc. |
| Defendant 29 | L.N. Curtis & Sons |
| Defendant 30 | Lion Group, Inc. |
| Defendant 31 | Mine Respirator Company, LLC |
| Defendant 32 | Milliken & Company |
| Defendant 33 | Municipal Emergency Services, Inc. |
| Defendant 34 | Nation Ford Chemical Company |
| Defendant 35 | National Foam, Inc. |
| Defendant 36 | PBI Performance Products, Inc. |
| Defendant 37 | Perimeter Solutions, LP |
| Defendant 38 | Ricochet Manufacturing Company, Inc. |
| Defendant 39 | Safety Components Fabric Technologies, Inc. |
| Defendant 40 | Southern Mills, Inc. |

| Defendant 41 | Stedfast USA Inc. |
|---|---|
| Defendant 42 | The Chemours Company |
| Defendant 43 | Tyco Fire Products LP, as successor-in-interest to The Ansul Company |
| Defendant 44 | United Technologies Corporation |
| Defendant 45 | UTC Fire & Security Americas Corp., Inc. (f/k/a Ge Interlogix, Inc.) |
| Defendant 46 | Veridian Limited |
| Defendant 47 | W.L. Gore & Associates, Inc. |
| Defendant 48 | Witmer Public Safety Group, Inc. |

## **Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

⊠ Diversity

⊠ Federal Question

☐ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## **Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8.  Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

### Causes of Action

9.  The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____

Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____
_____
_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 2nd, 2025

Respectfully Submitted,

*<u>/s/ James Ryan Ziminskas</u>*
James Ryan Ziminskas
Texas Bar # 24111225
Themis Law, PLLC
7718 Wood Hollow Drive
Suite 105
Austin, Texas 78731
Phone: (737) 208-1636
rziminskas@themislawpllc.com

***Attorneys For Plaintiff***

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Simoneaux, Craig A. | 9/11/1967 | LA | Western District of Louisiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Simpson, Jeffrey | 6/11/1950 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Simpson, Jerry Douglas | 1/7/1966 | GA | Southern District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Sims, Nathaniel | 5/20/1942 | DC | District of Columbia | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Singleton, Jeff | 6/17/1985 | AR | Eastern District of Arkansas | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Skapik, James Michael | 5/27/1941 | OH | Southern District of Ohio | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Skinner, John Bradley | 4/15/1969 | IN | Southern District of Indiana | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Slater, Sarah Kaye | 11/5/1979 | NC | Middle District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Slunt, John Michael | 8/23/1951 | MO | Eastern District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 10. | Smith, Allen Dean | 11/11/1958 | ID | District of Idaho | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 11. | Smith, Antoinette | 7/10/1972 | LA | Western District of Louisiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 12. | Smith, Charles Wesley, III | 3/6/1973 | GA | Southern District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 13. | Smith, Ernest | 11/26/1963 | TN | Eastern District of Tennessee | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 14. | Smith, James Thomas | 5/11/1964 | FL | Northern District of Florida | X | X | X | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 15. | Smith, Larry | 4/20/1969 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 16. | Smith, Michael | 12/27/1957 | CA | Central District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 17. | Smith, Rhett | 10/12/1949 | FL | Southern District of Florida | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 18. | Smith, Sherry Lynn | 12/24/1971 | VA | Eastern District of Virginia | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | Smithson, Ronald | 1/24/1948 | OK | Western District of Oklahoma | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 20. | Snead, Tramaine | 8/29/1984 | GA | Middle District of Georgia | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 21. | Snipes, Larry Vincent, Jr. | 9/20/1969 | SC | District of South Carolina | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 22. | Snyder, Scott D. | 11/18/1957 | OH | Northern District of Ohio | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 23. | Sockey, John | 4/29/1971 | AZ | District of Arizona | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 24. | Sokolow, Steven Paul | 11/7/1959 | CT | District of Connecticut | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 25. | Sonnier, Tonya Yuvonne | 6/18/1970 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 26. | Sorensen, Daniel Jay | 6/10/1986 | UT | District of Utah | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 27. | Soto, David | 8/19/1959 | NY | Southern District of New York | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 28. | Souders, Jay D. | 6/5/1969 | AZ | District of Arizona | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 29. | Spallina, Lisa M. | 12/15/1975 | CA | Central District of California | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Spane, Michael J. | 11/19/1959 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Speakes, Thurmon | 7/7/1941 | LA | Western District of Louisiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Spears, Mark | 9/23/1972 | UT | District of Utah | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Spiers, Daphne | 12/30/1975 | AL | Southern District of Alabama | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 34. | Spranger, Erich Manning | 10/26/1950 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Stablewski, Kevin | 10/13/1965 | NY | Western District of New York | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Stackhouse Dixon, Renee Patrice | 3/3/1975 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Stacy, William | 10/4/1966 | CT | District of Connecticut | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Stallworth, Alvin L. | 11/29/1972 | OH | Northern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Stallworth, Nicholas D. | 3/18/1996 | PA | Western District of Pennsylvania | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 40. | Stanton, Roy B. | 12/14/1954 | PA | Western District of Pennsylvania | X | X | X | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Stapleton, Gary | 12/1/1955 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Starkey, Johnny Cameron | 12/21/1981 | MI | Western District of Michigan | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Stearns, Robert | 10/5/1966 | FL | Northern District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Stebbins, Frederick | 5/2/1947 | VT | District of Vermont | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Steel, Jeff | 7/1/1983 | MN | District of Minnesota | X | X | X | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Stephens, Gene | 7/28/1970 | PA | Western District of Pennsylvania | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Stephens, James Curtis | 5/19/1969 | GA | Middle District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Sterling, William | 7/1/1963 | FL | Northern District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Stevens, Garland Edward | 12/11/1973 | KS | District of Kansas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Stevenson, Brian Kenneth | 5/24/1970 | FL | Middle District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 51. | Stewart, Angelique R. | 6/22/1975 | OH | Southern District of Ohio | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 52. | Stoll, Aaron | 2/16/1993 | MI | Eastern District of Michigan | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 53. | Stone, Anthony | 9/4/1968 | NC | Western District of North Carolina | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 54. | Stradtman, Jared | 12/7/1967 | FL | Northern District of Florida | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 55. | Strickland, Donald | 10/12/1965 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 56. | Stroud, James , Jr. | 8/16/1972 | NC | Middle District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 57. | Stunek, Kevin H. | 7/19/1952 | MN | District of Minnesota | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 58. | Sullivan, Brendan | 9/26/1979 | MA | District of Massachusetts | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Sullivan, Stephen | 8/22/1953 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 60. | Sullivan, Todd A. | 3/22/1965 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 61. | Sultan, Mahmood | 2/13/1978 | CA | Central District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 62. | Summers, Colette | 7/30/1976 | MT | District of Montana | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 63. | Sutton, Randy Lee | 8/31/1955 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 64. | Swain, Anthony | 1/4/1970 | AL | Northern District of Alabama | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 65. | Sweaney, Lee | 6/15/1977 | VA | Eastern District of Virginia | X | X | X | Liver Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 66. | Sylvania, Harrod | 7/4/1958 | VA | Western District of Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 67. | T. Rivera, Frank | 10/27/1960 | FL | Northern District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 68. | Tague, Anthony | 7/14/1960 | IN | Southern District of Indiana | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Talayumptewa, Leroy , Jr. | 2/27/1973 | AZ | District of Arizona | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 70. | Tansey, Kevin | 2/6/1963 | TX | Southern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 71. | Tarrant, Mary | 3/20/1958 | NC | Western District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 72. | Tavares, Geoffrey | 1/23/1965 | HI | District of Hawaii | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 73. | Taylor, Adrienne | 3/12/1981 | CO | District of Colorado | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 74. | Taylor, Hershel H. | 2/19/1945 | KY | Eastern District of Kentucky | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 75. | Taylor, James | 2/21/1959 | FL | Middle District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 76. | Taylor, Shane | 9/27/1963 | DE | District of Delaware | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 77. | Taylor, Thomas | 10/7/1964 | SC | District of South Carolina | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 78. | Taylor, Tyrone | 7/14/1960 | IL | Northern District of Illinois | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 79. | Templin, Obie | 5/24/1968 | TX | Eastern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 80. | Terry, James | 1/6/1960 | NM | District of New Mexico | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 81. | Tesam, Steven F. | 6/2/1960 | CA | Southern District of California | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 82. | Thibert, Kenneth | 10/22/1957 | MT | District of Montana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 83. | Thier, Reuban | 6/1/1958 | TX | Western District of Texas | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 84. | Thomas, Frederick | 11/26/1957 | VA | Eastern District of Virginia | X | X | X | Kidney Cancer; Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 85. | Thomas, Harry , Jr. | 3/22/1953 | FL | Middle District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 86. | Thomas, Valerie | 4/6/1961 | NC | Eastern District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 87. | Thompson, Elie | 5/2/1979 | CA | Central District of California | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 88. | Thompson, Tim | 12/13/1978 | WA | Western District of Washington | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Thornlow, Ramond W. | 2/16/1948 | MI | Western District of Michigan | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 90. | Thrasher, Stormi | 4/16/1971 | SC | District of South Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 91. | Threefingers, Anthony | 3/16/1958 | MT | District of Montana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 92. | Tiernan, Raymond | 2/10/1959 | MA | District of Massachusetts | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 93. | Tilley, Marv | 12/23/1960 | ID | District of Idaho | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 94. | Tipton, Ronnie Lee, Jr. | 3/31/1982 | OH | Southern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 95. | Tobias, Larry F. | 1/31/1965 | OH | Northern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 96. | Tolliver, Tali | 1/9/1978 | CA | Northern District of California | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 97. | Tomblin, Warren Bernard | 1/21/1976 | GA | Middle District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 98. | Tompkins, Willie , Jr. | 10/17/1976 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Torgler, Adam | 11/9/1964 | CA | Eastern District of California | X | X | X | Testicular Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 100. | Torres, Carlos Luis | 7/30/1966 | NJ | District of New Jersey | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 101. | Touchet, Huey | 10/21/1965 | LA | Western District of Louisiana | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 102. | Trammell, Abbey | 9/30/1983 | FL | Northern District of Florida | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 103. | Trapp Lozano, Deanne | 9/28/1965 | GA | Northern District of Georgia | X | X | X | Thyroid Disease; Thyroid Disease; Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 104. | Treer, Patrice M. | 4/20/1966 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 105. | Turgeon, Marc Stephen | 5/7/1963 | CT | District of Connecticut | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 106. | Tuten, Henry C. | 10/19/1957 | GA | Southern District of Georgia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 107. | Upchurch, Reginald L. | 8/6/1983 | VA | Eastern District of Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 108. | Upton, Earl | 5/5/1964 | TX | Northern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 109. | Uren, Gary Roger, Jr. | 8/19/1964 | OR | District of Oregon | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Vail, Gary | 1/19/1958 | KS | District of Kansas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 111. | Van Slyke, Laura Elaine | 4/23/1976 | FL | Northern District of Florida | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 112. | Vargas, Victor , Jr. | 7/1/1975 | OH | Northern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 113. | Vartazarova, Oksana G. | 12/5/1975 | CA | Central District of California | X | X | X | Kidney Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 114. | Vaughan, James Emanuel | 10/7/1966 | IN | Northern District of Indiana | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 115. | Vaughn, Paul | 8/2/1953 | LA | Eastern District of Louisiana | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 116. | Vaughn, Steven | 5/12/1954 | MO | Western District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 117. | Veale, Edgar R. | 8/21/1957 | OR | District of Oregon | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 118. | Verona, Eric | 11/8/1965 | CT | District of Connecticut | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 119. | Villa, Ramona | 12/2/1962 | NM | District of New Mexico | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 120. | Villanueva, Manuel Paras | 8/19/1965 | CA | Southern District of California | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Visneski, John , Jr. | 12/11/1974 | PA | Middle District of Pennsylvania | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 122. | Voorhees, Kathea | 8/7/1978 | CA | Northern District of California | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 123. | Vroman, Charles A. | 12/30/1953 | FL | Middle District of Florida | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 124. | Wagner, Kristi S. | 1/13/1969 | AR | Eastern District of Arkansas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 125. | Waite, Michael | 2/11/1949 | TX | Northern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 126. | Walker, Charles | 1/6/1966 | TX | Western District of Texas | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 127. | Walker, Gary | 6/16/1965 | MO | Western District of Missouri | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 128. | Walker, Stevie Claude | 8/17/1961 | KY | Eastern District of Kentucky | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 129. | Wallen, Shaun Clinton | 3/18/1961 | AZ | District of Arizona | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 130. | Walls, George , Jr. | 4/22/1974 | GA | Middle District of Georgia | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Walsh, Thomas , Jr. | 9/16/1955 | NC | Eastern District of North Carolina | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 132. | Walters, George | 10/12/1964 | TX | Western District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 133. | Warner, Johnny , Jr. | 12/15/1969 | TN | Middle District of Tennessee | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 134. | Warner, Michael J. | 12/7/1955 | OH | Southern District of Ohio | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 135. | Warren, Robert | 5/22/1964 | IL | Northern District of Illinois | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 136. | Warren, Walter | 5/11/1968 | PA | Western District of Pennsylvania | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 137. | Washington, Craig | 5/23/1967 | MD | District of Maryland | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 138. | Watson, David | 5/18/1950 | WA | Western District of Washington | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 139. | Waugaman, Richard A. | 5/13/1966 | VA | Eastern District of Virginia | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 140. | Waugh, Alan A. | 2/16/1962 | CO | District of Colorado | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 141. | Webb, Arthur Cardell | 1/29/1968 | TN | Western District of Tennessee | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 142. | Webb, Tina | 10/31/1970 | TX | Northern District of Texas | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 143. | Wellman, Gregory B. | 9/24/1946 | CA | Eastern District of California | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 144. | Wells, Evert R. | 3/15/1959 | CO | District of Colorado | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 145. | Wells, Wayne | 9/24/1966 | WA | Western District of Washington | X | X | X | Ulcerative Colitis | I, II, III, IV, V, VI,VII, VIII, IX |
| 146. | Welsch, Lorraine Marie | 9/18/1961 | PA | Western District of Pennsylvania | X | X | X | Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 147. | Werth, Thomas R. | 3/20/1948 | NY | Northern District of New York | X | X | X | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 148. | West, Patricia | 8/17/1951 | AR | Western District of Arkansas | X | X | X | Thyroid Cancer | I, II, III, IV, V, VI,VII, VIII, IX |
| 149. | Westbrook, Johnisha | 5/2/1985 | CA | Central District of California | X | X | X | Thyroid Disease; Thyroid Disease | I, II, III, IV, V, VI,VII, VIII, IX |
| 150. | | | | | | | | | |